FILED
CLERK, U.S. DISTRICT COURT
MAR 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL D. SMITH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROSIE GARCIA (Warden),<br><br>　　　　　Respondent. | No. CV 08-1709-AHM(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: March 28, 2008

_____
A. HOWARD MATZ
United States District Judge